LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California 913709
Telephone: (559) 779-2315
Facsimile: (213) 352-1010

Attorney for Defendant
JUSTIN JOHN DAGOSTINO

UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN JOHN DAGOSTINO,<br><br>Defendant. | STIPULATION APPEAR VIA RULE 43 WAIVER; AND ORDER THEREON<br><br>Court Case#:6:18-mj-00020-MJS<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Michael J. Seng<br>Date: March 28, 2018<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, JUSTIN JOHN DAGOSTINO by and through his attorney of record, Yan E. Shrayberman, that Mr. DAGOSTINO may appear pursuant to F.R. Crim. P. 43(b)(2) for status conferences and motions through counsel. Mr. DAGOSTINO may appear via video conference for arraignment from the district court closest to his home in Detroit, Michigan and must be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

PARTIES HEREBY stipulate to vacating the currently for arraignment date of March 28, 2018, and re-set the arraignment on the complaint to June 6, 2018. The

re-set of the date is stipulated to in order to make arrangements for a video conferencing between this district and the Eastern District of Michigan

DATED: March 21, 2018 /S/ Yan E. Shrayberman
Yan E. Shrayberman Attorney for Defendant
Justin John Dagostino

DATED: March 21, 2018 /s/ Susan St.Vincent
Susan St. Vincent, Acting Legal Officer
National Park Service

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant, Justin John Dagostino (Mr. Dagostino), may appear via video conference at a United States District Court near his home in Detroit, Michigan for arraignment and his personal presence is waived for all status conferences and motions. Mr. Dagostino is ordered to be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

**IT IS FURTHERMORE ORDERED** that the March 28, 2018 arraignment in this matter is vacated and the new date for the arraignment is June 6, 2018.

IT IS SO ORDERED.

Dated: March 22, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE